| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE** <br> **MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE <br>         U.S. MAGISTRATE JUDGE | DATE: 12/15/15 <br> TIME: 2:00 p.m. |

CASE:  CV 15-3504 (JFB) Malibu Media, LLC v. John Doe

TYPE OF CONFERENCE: MOTION HEARING                FTR: 2:05-3:50

APPEARANCES:
    For Plaintiff:   Jacqueline M. James

    For Defendant: Chejin Park

**THE FOLLOWING RULINGS WERE MADE:**

☒    Other:  Initial hearing held on Defendant's Motion to Quash and Motion for a Protective Order, DE [10].  A further status conference is scheduled for January 26, 2016 at 2:00 p.m. in courtroom 820 of the Central Islip courthouse.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

    1/26/16 at 2:00 p.m.             : Status conference


                                        SO ORDERED

                                         /s/Steven I. Locke
                                        STEVEN I. LOCKE
                                        United States Magistrate Judge