UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
MALIBU MEDIA, LLC,

                Plaintiff,

-against-

JOHN DOE subscriber assigned IP address 98.116.160.61,

                Defendant.
-----------------------------------------------------------------------x

**ORDER**
15-CV-3504 (JFB)(SIL)

**LOCKE, Magistrate Judge:**

On December 15, 2015, the Court held an initial hearing on Defendant's Motion to Quash Subpoena and Motion for Protective Order ("Defendant's Motion"). *See* Docket Entry [10]. The Court has scheduled a further status conference for January 26, 2016 at 2:00 p.m. in Courtroom 820 of the Central Islip courthouse, at which time the Court intends to schedule an evidentiary hearing on Defendant's Motion. For the reasons stated on the record at the initial hearing:

**IT IS ORDERED** that Plaintiff should be prepared to put on its witnesses at the evidentiary hearing to be scheduled at the January 26, 2016 status conference; and

**IT IS FURTHER ORDERED** that, on or before January 15, 2016, Defendant serve a copy of this Order on Michael Piatek, Tadayoshi Kohno, and Arvind Krishnamurthy, the authors of the article cited and relied upon in Defendant's Motion, *Challenges and Directions for Monitoring P2P File Sharing Networks –or– Why My Printer Received a DMCA Takedown Notice*, Univ. of Washington Technical Report No. UW-CSE-08-06-01 (June 9, 2008) (available at http://dmca.cs.washington.edu/dmca_hotsec08.pdf), requesting that they appear, either in person or via video link, at the evidentiary hearing to be scheduled at the January 26, 2016 status conference.

Dated: Central Islip, New York
       December 15, 2015                 **SO ORDERED**

                                                s/ Steven I. Locke
                                                STEVEN I. LOCKE
                                                United States Magistrate Judge