| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE:  1/27/2016<br>TIME:   2:00 p.m. |

CASE:  CV 15-3504 (JFB) Malibu Media, LLC v. John Doe

TYPE OF CONFERENCE:   Status Conference          FTR:   2:03-2:29

APPEARANCES:
   For Plaintiff:   Jacqueline M. James

   For Defendant: Chejin Park

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other:  For the reasons stated on the record, Defendant's Motion to Appoint Expert, DE [20], is denied, and Plaintiff's Motion to Amend/Correct/Supplement, DE [23], is granted. An evidentiary hearing on Defendant's Motion to Quash [10] has been set for March 8, 2016 at 10:00 a.m. in courtroom 820 of the Central Islip courthouse.  The parties are instructed to identify the witnesses they will call at the evidentiary hearing, including a summary of the scope of each witness's anticipated testimony, on or before February 26, 2016.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

   March 8, 2016 at 10:00 a.m.          : Evidentiary hearing


                              SO ORDERED

                               /s/Steven I. Locke
                              STEVEN I. LOCKE
                              United States Magistrate Judge