*JACQUELINE M. JAMES, ESQ.*

| | |
|---|---|
| The James Law Firm | T: (914) 358 6423 |
| 445 Hamilton Avenue | F: (914) 358 6424 |
| Suite 1102 | jjameslaw@optonline.net |
| White Plains, NY 10601 | jacquelinejameslaw.com |

February 10, 2016

VIA ECF
Honorable Steven I. Locke
United States Court House
100 Federal Plaza
Central Islip
New York 11722-9014

*Re: Malibu Media, LLC v. John Doe 15-cv-3504-SIL*

Dear Honorable Judge Locke:

     We represent Plaintiff Malibu, in the above matter. This case is scheduled for a telephonic hearing on February 11, 2016. In preparation for this hearing Plaintiff's counsel sent defense counsel, Mr. Park a copy of a proposed preservation order and advised Mr. Park if the parties could not agree to the wording of such an order the Plaintiff intended to raise with your honor at the scheduled hearing. Mr. Park acknowledged receipt of the proposed preservation order and went on to advise he was unable to consent to a preservation order without offering any suggested edits or revisions.

     Given the length of the stay in discovery imposed in the matter and Plaintiff's other Eastern District of New York cases Plaintiff is properly concerned about the preservation of evidence in this matter. Therefore Plaintiff requests the court to enter the proposed preservation order.

     Respectfully submitted,

By: *Jacqueline M. James*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423