**UNITED STATES DISTRICT COURT**      **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**      **MINUTE ORDER**

BEFORE: STEVEN I. LOCKE                      DATE: 2/11/16
        U.S. MAGISTRATE JUDGE           TIME:  2:00 pm

**CASE:  CV 15-3504 (JFB) Malibu Media LLC v. John Doe**

TYPE OF CONFERENCE:   TELEPHONE STATUS           FTR:   2:04-2:11

APPEARANCES:
        For Plaintiff:  <u>Jaqueline M. James</u>

        For Defendant: <u>Chejin Park</u>

**THE FOLLOWING RULINGS WERE MADE:**

☐      Scheduling Order entered.

☐      The court has adopted and So Ordered the joint proposed scheduling order [     ] submitted by the parties.

☐      The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒      Other:   Status conference held.  Plaintiff's Motion for Protective Order, DE [25], is withdrawn without prejudice to allow the parties to meet and confer concerning an appropriate stipulated protective order.  The parties will also provide the Court with agreeable dates on which to reschedule the evidentiary hearing on Defendant's Motion to Quash, DE [10].

                         SO ORDERED

                        <u>/s/Steven I. Locke</u>
                        STEVEN I. LOCKE
                        United States Magistrate Judge