| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>          U.S. MAGISTRATE JUDGE | DATE: 4/20/16<br>TIME:  9:30 am (3.5 hours) |

CASE:  **CV 15-3504 (JFB) Malibu Media, LLC v. John Doe**

TYPE OF CONFERENCE:   EVIDENTIARY HEARING
COURT REPORTER: Ellen Combs and Paul Lombardi

APPEARANCES:
　　　For Plaintiff:   Jacqueline James

　　　For Defendant: Chejin Park

**THE FOLLOWING RULINGS WERE MADE:**

☐　Scheduling Order entered.

☐　The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐　The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒　Other:   For the reasons set forth on the record, Defendant's motion in limine, DE [28], is denied. Evidentiary hearing held. Witnesses sworn and exhibits entered.  Evidentiary hearing concluded.  On or before April 27, 2016, the parties shall submit a letter to the Court proposing a date by which they will file their post-hearing submissions.

　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　 /s/Steven I. Locke
　　　　　　　　　　　　　　　　　STEVEN I. LOCKE
　　　　　　　　　　　　　　　　　United States Magistrate Judge